# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| Joseph Rosebrook, | ) | CASE NO.:  1:19-cv-00903 |
| Plaintiff, | ) | |
| v. | ) | |
| Warden James Haviland, | ) | JUDGE JOHN R. ADAMS |
| Defendant. | ) | **ORDER AND DECISION** |

This matter is before the Court pursuant to Joseph Rosebrook's ("Rosebrook") Petition for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254. (Pet., ECF No. 1.) The Magistrate Judge issued a Report and Recommendation in this matter on April 13, 2020. (R. & R., ECF No. 16.) This Court has reviewed the Report and Recommendation and finds it to be well-reasoned and thorough. Upon due consideration, and because no objections have been filed by the parties despite this Court granting Rosebrook multiple extensions of time within which he could have filed any objections, this Court adopts the Report and Recommendation and conclusions of the Magistrate Judge and incorporates them herein. (*See* Order, ECF No. 18; Order, ECF No. 20; Order, ECF No. 22.) Therefore, it is ordered that the petition is DENIED in its entirety.

This Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. 2253(c); Fed. R. App. P. 22(b).

IT IS SO ORDERED.

DATE: December 3, 2020                     /s/ John R. Adams
                                                               Judge John R. Adams
                                                               UNITED STATES DISTRICT COURT